# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN BARRON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-03870-MEMF-JPR<br><br>District Judge: Maame Ewusi-Mensah Frimpong<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff CARMEN BARRON ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 27, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $75,033.30 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Dated: Dec. 18, 2023　　　　　　　_____

　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG

　　　　　　　　　　　　　　　　　　United States District Judge